```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                              :
UNITED STATES OF AMERICA        :
                                              :
       -against-                          :           **ORDER**
                                              :
       Tysheim Warren,                 :
                                              :        23 Cr. 357 (AT)
                              Defendant   :          Docket #
------------------------------------------x


     Analisa Torres       , **DISTRICT JUDGE**:
      Judge's Name


The C.J.A. attorney assigned to receive cases on June 2, 2025,

     Noam Biale         is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC   June 2, 2025   .


                                      **SO ORDERED**.

                                 **UNITED STATES DISTRICT JUDGE**


**Dated:       June 16, 2025**
               **New York, New York**