UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TYSHEIM WARREN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2025

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for Defendant Tysheim Warren on August 25, 2025, is ADJOURNED to **September 29, 2025,** at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge