```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
  UNITED STATES OF AMERICA,

        -against-

  TYSHEIM WARREN,

                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2025__

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' joint letter dated August 22, 2025. ECF No. 7. Accordingly, on **September 18, 2025**, at **11:00 a.m.**, the Court shall hold a status conference for the above-captioned case. The conference currently scheduled for September 29, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 25, 2025
       New York, New York

ANALISA TORRES
United States District Judge