UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2025
```

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference currently scheduled for September 18, 2025, at 11:00 a.m. is ADJOURNED *sine die*. By **September 19, 2025**, the parties shall file a status update with the Court, which shall request a new date for a status conference.

       SO ORDERED.

Dated: September 17, 2025
       New York, New York

ANALISA TORRES
United States District Judge