**SHER TREMONTE L**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2025

September 19, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Tysheim Warren*, **23-cr-357 (AT)**

Dear Judge Torres,

    I represent Tysheim Warren. I write on behalf of the parties to provide a status update and request a date for a status conference.

    At this time, Mr. Warren is doing well on supervised release. He has found stable housing, is currently applying to jobs, and has been compliant with his state drug court meetings and requirements. The parties do not believe it is necessary to appear before Your Honor at this time. In addition, the undersigned is starting a 4-6 week trial on Monday in the Eastern District of New York. Given these scheduling conflicts and Mr. Warren's progress, the parties respectfully request that the Court schedule a status conference in early November.

                        Respectfully submitted,

                        /s/*Noam Biale*
                        Noam Biale

                        *Attorney for Tysheim Warren*

GRANTED. The Court shall hold a status conference in this matter on **November 3, 2025**, at **1:00 p.m**, in **Courtroom 15D** of the **United States Courthouse, 500 Pearl Street, New York, New York 10007.**

SO ORDERED.

Dated: September 19, 2025
       New York, New York

ANALISA TORRES
United States District Judge