```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/31/2025
```

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference currently scheduled for November 3, 2025, is ADJOURNED to **December 1, 2025**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 31, 2025
       New York, New York

                                                        ANALISA TORRES
                                             United States District Judge