

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/24/2025___

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 23, 2025

**BY CM/ECF AND EMAIL**
The Honorable Analisa Torres
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Tysheim Warren*, 23 Cr. 357 (AT)

Dear Judge Torres:

  The Government respectfully submits this letter on behalf of the parties to request that the Court reschedule the status conference in the above-captioned case, currently scheduled for December 1, 2025, at 11:00 a.m. The parties have conferred and are available on January 5, 2026. Accordingly, the parties request that the Court reschedule the status conference for January 5, 2026.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney

         By: /s/ *Dana R. McCann*
          Dana R. McCann
          Assistant United States Attorney
          Tel: (212) 637-2308

cc: Counsel for Defendant Tysheim Warren (via ECF and email)

GRANTED. The status conference currently scheduled for December 1, 2025, is ADJOURNED to **January 5, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: November 24, 2025
    New York, New York

_____
ANALISA TORRES
United States District Judge