UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2026

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At the joint request of the parties submitted via email, the status conference currently scheduled for January 12, 2026, is ADJOURNED to **January 20, 2026**, at **3:00p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 8, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge