UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/10/2026

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference currently set for April 13, 2026 is ADJOURNED to **May 11, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  April 10, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge