UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2026

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        Defendant requests that the Court adjourn the status conference currently scheduled for May 11, 2026, and the Government consents.  *See* ECF No. 21.  The conference currently scheduled for May 11 is ADJOURNED to **August 31, 2026**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:  May 6, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge