UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/20/2026

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant requests that the Court adjourn the status conference currently scheduled for August 31, 2026, and the Government consents.  *See* ECF No. 21.  The conference currently scheduled for August 31 is ADJOURNED to **September 14, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:  May 20, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge