USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TYSHEIM WARREN,

Defendant.

23 Cr. 357 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conferences scheduled for September 14, 2026, is hereby ADJOURNED. On **September 28, 2026**, at **2:00 p.m.**, the parties shall appear for a status conference in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ANALISA TORRES
United States District Judge