[redacted]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/19/2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Tysheim Warren*,**
No. 23-cr-357

Dear Judge Torres,

We represent Tysheim Warren in the above-captioned matter. We write to respectfully request a one-week extension, from October 20, 2026, to October 27, 2026, of Mr. Warren's deadline to file his motion to dismiss the VOSR. The government has no objection to this request.

At the October 13, 2026 conference, this Court set a briefing schedule for the motion and directed Mr. Warren to file his motion by October 20, 2026. *See* Minute Entry dated October 13, 2026. In light of intervening deadlines, we respectfully request that this deadline be extended to October 27, 2026. This is Mr. Warren's first request to adjourn this deadline.

Should the Court grant this request, we respectfully request that the government's opposition be due November 3, 2026, and Mr. Warren's reply be due November 10, 2026.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Grace Coleman

*Attorneys for Tysheim Warren*

GRANTED. By **October 27, 2026**, Defendant shall file his motion to dismiss the VOSR. By **November 3, 2026**, the Government shall file its opposition. By **November 3, 2026**, Defendant shall file his reply.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ANALISA TORRES
United States District Judge