**U.S. Departr**

*United States*
*Southern Dis*

*The Jacob K. Javits*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

November 2, 2026

**BY ECF AND EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Tysheim Warren*, 23 Cr. 357 (AT)**

Dear Judge Torres:

The Government respectfully requests a 21-day extension of time to respond to the defendant's motion to dismiss the amended violation report, filed on October 27, 2026. (Dkt. 29).

On October 19, 2026, the Court set a deadline of November 3, 2026, for the Government to respond to the defendant's motion. The undersigned counsel for the Government is scheduled to appear for trial in another matter in this District on November 9, 2026. Accordingly, the Government respectfully requests leave to file its response on or before November 24, 2026. The defendant consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: [signature]
Dana McCann
Assistant United States Attorney
(212) 637-2308

cc: All counsel of record (via ECF)

GRANTED. By **November 24, 2026**, the Government shall respond to the defendant's motion.

SO ORDERED.

Dated: November 4, 2026
New York, New York

[signature]
ANALISA TORRES
United States District Judge